# United States District Court

EASTERN DISTRICT OF WISCONSIN

MICHAEL E. NEWHOUSE,
    Plaintiff

**JUDGMENT IN A CIVIL CASE**

    v.                              CASE NUMBER: 04-C-654

DR. JOHNSON, SYBIL VAN EVERY, R.N.,
JOHN DOE CORRECTIONAL OFFICER,
and JOHN DOE SUPERVISING NURSE,,
    Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that defendant Dr. Johnson's motion for summary judgment (Doc. # 50) is **granted.**
     **IT IS FURTHER ORDERED** that defendant Sybil Van Every's motion for summary judgment (Doc. # 53) is **granted.**
     **IT IS ALSO ORDERED** that defendant John Doe's motion for summary judgment (Doc. # 52) is **granted.**
     **IT IS ORDERED** that defendant John Doe's motion to compel (Doc. # 25 ) is **denied as moot.**
     **IT IS ORDERED** that this case is dismissed and the Clerk of Court is ordered to enter judgment accordingly.

| September 6, 2006 | SOFRON B. NEDILSKY |
|---|---|
| Date | Clerk |

                                                            s/ Jacki L. Koll
                                                          (By) Deputy Clerk